UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEGO MAS GUARCHAJ,

                              Petitioner,

                  -against-

KENNETH GENALO, *et al.*,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2026

26-CV-889 (GHW)

TRANSFER ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. For the following reasons, the Court transfers this action to the United States District Court for the Eastern District of New York.

Petitioner filed this petition on February 2, 2026 and asserted that he was detained at the Metropolitan Detention Center ("MDC"). Dkt. No. 1 ¶ 26. Because MDC is in the Eastern District of New York, the Court issued an order to show cause why this action should not be transferred to that court. Dkt. No. 6. Petitioner did not meet that deadline.

Accordingly, because Petitioner was not located in the Southern District of New York at the time he filed this Petition, and therefore, the Court does not have jurisdiction over his custodian, *see Padilla*, 542 U.S. at 441, in the interest of justice, the Court transfers this petition to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. §§ 1404(a), 1406(a).

The Court directs the Clerk of Court to transfer this action to the Eastern District of New York. **The Court waives Local Civil Rule 83.1, which requires a seven-day delay before the Clerk of Court may transfer a case, and directs immediate transfer.**

The Clerk of Court is directed to email a copy of this order to usanys.2241@usdoj.gov.

**The United States Attorney is directed forthwith to alert the Chief of the Civil Division United States Attorney's Office for the Eastern District of New York of the transfer of this matter.**

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address on record.

This order closes the case in the Southern District of New York.

SO ORDERED.

Dated:   February 3, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge

2