UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**DIEGO MAS GUARCHAJ,**

                     Petitioner,

   -against-

**KENNETH GENALO; TODD LYONS;
US ATTORNEY GENERAL PAMELA BONDI;
AND JEFFREY OESTERICHER,**

                     Respondents.
-----------------------------------------------------------X

O R D E R

26-CV-0598 (RER)

**RAMÓN E. REYES, JR., District Judge.**

     For the reasons stated on the record at the March 9, 2026, hearing, the petition for writ of habeas corpus [1] is granted. A written decision will follow. Petitioner, Diego Mas Guarchaj (Alien Number 202-187-837), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on March 10, 2026**. Petitioner is ordered to remain within the jurisdiction of either the Eastern District of New York or Southern District of New York until further notice.

     Once the notice of release is received by the Court, the Clerk of Court is directed to enter final judgment and close the case.

SO ORDERED.

Dated: March 9, 2026
       Brooklyn, New York

                                                  /s/ Ramón E. Reyes, Jr.
                                                  U.S. District Judge, EDNY